IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-06 |
| KIDADA SAVAGE | : | |

**O R D E R**

**AND NOW**, this   20th   day of   November  , 2012, upon consideration of Defendant's Motion to Suppress Physical Evidence and Request for a *Franks* Hearing, and all memoranda submitted in support of and opposition thereto, and after a hearing in open court, it is **ORDERED** that the Motion and Request are **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**