IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-06 |
| KIDADA SAVAGE | : | |

**O R D E R**

**AND NOW**, this  20th  day of  November , 2012, upon consideration of Defendant's Motion to Suppress Post-Arrest Statements, and all memoranda submitted in support of and opposition thereto, and after a hearing in open court, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**