IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :
          :       CRIMINAL ACTION
v.            :
          :
KIDADA SAVAGE        :       NO. 07-550-06


**O R D E R**

**AND NOW**, this 1ˢᵗ day of February, 2013, upon consideration of

Defendant Kidada Savage's Motion Requesting That The United States Provide Notice of Rule

404(b) Evidence That It Intends To Use At Trial (ECF No. 440) and Motion to Strike Surplusage

from Third Superseding Indictment and Motion *in Limine* to Preclude Evidence of Bad Acts

(ECF No. 771), it is **ORDERED** that the Motions are **DENIED**.

    **IT IS SO ORDERED**.

                              **BY THE COURT:**




                              */s/R. Barclay Surrick*
                              **U.S. District Judge**