**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 07-055-06 |
| | : | |
| KIDADA SAVAGE | : | |

**DEFENDANT KIDADA SAVAGE'S
OBJECTIONS TO DRAFT PRE-SENTENCE INVESTIGATIVE REPORT**

To Judy Hunt, U.S. Probation Officer

Defendant Kidada Savage, through the undersigned counsel, makes the following objections and respectfully requests the following deletions, changes or additions be made to the Pre-sentence Investigative Report (hereinafter referred to as "PIR") as a result:

1. While being cognizant of the jury's verdict, Ms. Savage categorically denies participation in the facts stated in the "Offense Conduct" section of the PIR. (Paragraphs 11-19)

2. In Paragraph 91 of the Personal and Family Data section, it is noted that the correct spelling of the name of the sister of Ms. Savage is Conchetta Savage.

3. In Paragraph 94, it is noted that the correct spelling of the name of Ms. Savage's husband is Rasnetfa Douglas, of her son is Sekai Kaboni Douglas, and of her sister is Conchetta Savage.

4. In Paragraph 97, Ms. Savage would correct the locations where she received medical care. While Ms. Savage was treated at the emergency room at Temple Hospital immediately following her automobile accident, she received rehabilitative treatment for approximately two years thereafter at the Ninth Street Chiropractor, which was located at 9th and Luzerne Streets in Philadelphia.

Respectfully submitted,

*Christopher Phillips*
Christopher P. Phillips
Attorney for Kidada Savage
I.D. No. 53373

BARTON & PHILLIPS
1518 Walnut Street
Suite 1406
Philadelphia, PA  19102
(215) 545-0010
cphillips@bartonandphillips.com

DATE:  August 7, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIMINAL NO. 07-055-06 |
| | : | |
| KIDADA SAVAGE | : | |

## CERTIFICATE OF SERVICE

I, Christopher P. Phillips, counsel for Kidada Savage, hereby certify that I caused a copy of Defendant Kidada Savage's Motion for Change of Plea to be served via electronic notification upon:

> David Troyer, Esq.
> Assistant United States Attorneys
> United States Attorney's Office
> 615 Chestnut Street
> Suite 1250
> Philadelphia, PA 19106

Respectfully submitted,

*/s/ Christopher Phillips*
Christopher P. Phillips
Attorney for Kidada Savage
I.D. No. 53373

BARTON & PHILLIPS
1518 Walnut Street
Suite 1406
Philadelphia, PA 19102
(215) 545-0010
cphillips@bartonandphillips.com

DATE: August 7, 2013