IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550 - 06 |
| KIDADA SAVAGE | : | |

**O R D E R**

**AND NOW**, this  17th  day of December, 2013, upon consideration of Defendant's Motion for Reconsideration of Order Denying Motion for Mistrial (ECF No. 1536), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**