**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KIDADA SAVAGE,** | : | **NO. 07-cr-550-6** |
| **Defendant.** | : | |

**ORDER**

**AND NOW,** this **31st** day of **August 2026**, upon consideration of Defendant Kidada Savage's *pro se* Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 (ECF No. 1780, the "Petition"), the Government's Response in Opposition to Defendant's § 2255 Petition (ECF No. 1792), and the docket, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Petition (ECF No. 1780) is **DENIED**. No certificate of appealability will issue because Defendant has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**